UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-mj-02227-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOMINIQUE P. MCMACLY | ) | |
| | ) | |
| | ) | |

For good cause shown and in the interests of justice, the government's motion to amend the criminal information filed in this action is ALLOWED. The government shall file its proposed amended criminal information and penalty sheet.

This 12th day of November 2015.

_____
KIMBERLY A. SWANK
United States Magistrate Judge

different people, as opposed to be multiple pieces of identifying information coming from the same individual.

4. Now that the Government is aware of the correct identifying information for the subject, the Government intends to amend the criminal information and penalty sheet to reflect the accurate identity of the subject. The corrected criminal information is attached to this motion. If this motion is granted, a corrected penalty sheet will be filed separately.

For the above-stated reasons, the Government respectfully requests that the Court permit the Government to file an amended criminal information and penalty sheet.

Respectfully submitted this 3rd day of November, 2015.

    THOMAS G. WALKER
    UNITED STATES ATTORNEY


    BY: /s/ Natalie J. Karelis
    NATALIE J. KARELIS
    Special Assistant U.S. Attorney
    OSJA, XVIII Airborne Corps
    2175 Reilly Road, Stop A
    Fort Bragg, NC 28310-5000
    Telephone: 910-396-1222
    Fax: 910-396-8153